LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-06141-BRO (GJSx) | Date | May 25, 2016 |
|---|---|---|---|
| Title | DERRICK SOTELO V. WAL-MART, INC. ET AL | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s Motion for Summary Judgment. (Dkt. No. 20.) Defendant filed its Motion on April 25, 2016, noticing a hearing date of June 13, 2016. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff Derrick Sotelo's Opposition to Defendant's Motion for Summary Judgment was due no later than May 23, 2016. As of today's date, Plaintiff has filed no opposition. Although a Motion for Summary Judgment "may not be granted solely based on the failure to file an opposition," C.D. Cal. L.R. 7-12, the Court **ORDERS** Plaintiff **TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiff's response to this Order,[1] and (2) Plaintiff's opposition to the Motion for Summary Judgment, if any, shall be filed by no later than Wednesday, June 1, 2016, at 4:00 p.m.**

**IT IS SO ORDERED.**  :

Initials of Preparer  rf

---

[1] An appropriate response to this Order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendant's Motion.